E-FILED: **3/6/09**
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEMONTRAY THOMPSON, | No. CV 07-04742-GHK (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES E. TILTON, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED:   3/6/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE